# Court of Appeals
# of the State of Georgia

ATLANTA,    August 12, 2015

*The Court of Appeals hereby passes the following order:*

**A15E0042. BELL v. GILDER TIMBER COMPANY et al.**

In light of the circumstances set out in Kenneth Bell's motion for out-of-time filing and the fact that our Rule 46 does not provide explicit notice that our requirements changed on January 1, 2015, that motion is deemed to invoke our authority under Rule 46 to grant exemptions from mandatory electronic filing for good cause. Pursuant to that authority, the motion is deemed a timely motion for extension of time and is ***GRANTED***. Bell shall file the application no later than August 19, 2015.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*    08/12/2015
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*